# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :          NO. 836
                                                :
ORDER TEMPORARILY MODIFYING     :          SUPREME COURT RULES
PENNSYLVANIA RULE OF CONTINUING:          DOCKET
LEGAL EDUCATION 108(e)                :
                                                :


## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2020, upon the recommendation of the Pennsylvania Continuing Legal Education Board (the "Board"),

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, and Rule 1952(A) of the Rules of Judicial Administration, that Rule 108 of the Pennsylvania Rules of Continuing Legal Education is temporarily modified as follows:

Pennsylvania Rule of Continuing Legal Education 108(e), which states that no more than six (6) credits earned by distance learning education may be applied to the annual compliance requirement, is hereby modified with respect to CLE compliance deadlines for the year 2020 only. All CLE credits to satisfy 2020 compliance deadlines may be obtained through completion of distance learning programs consistent with the Rules and Regulations for Continuing Legal Education in Pennsylvania.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.